UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP SINGH,<br><br>                    Plaintiff,<br><br>          v.<br><br>KRISTI NOEM, et al.,<br><br>                    Defendants. | Case No.  1:26-cv-01638-KES-FJS<br><br>ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION AND THE PARTIES' JOINT STIPULATION FOR FIRST EXTENSION OF TIME<br><br>(ECF Nos. 15, 16) |

Defendants Kirsti Noem, Pam Bondi, Joseph B. Edlow, and the U.S. Attorney's ("Defendants") move for administrative relief seeking an extension of time to respond to the complaint. (ECF No. 15.) Defendants state that if the extension is granted the U.S. Citizenship and Immigration Services may be able to render a decision on Plaintiff's application for permanent residence, rendering this matter moot. (ECF No. 15 at 1.) Plaintiff did not file an opposition and on May 19, 2026, the parties filed a joint stipulation requesting the same extension. (ECF No. 16.)

The court, after considering the motion without hearing or reply pursuant to Local Rule 233, and considering the parties' stipulation, finds good cause for Defendants' extension of time to respond to the complaint. Accordingly, the court hereby GRANTS Defendants' motion (ECF

No. 15) and the parties' joint stipulation (ECF No. 16) as follows:

1. The new date for the Defendants to respond to the complaint is July 14, 2026; and

2. All other filing deadlines are similarly extended.

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2