UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP SINGH, | Case No. 1:26-cv-01638-KES-FJS |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| KRISTI NOEM, et al., | |
| Defendants. | |

On May 20, 2026, the court granted the parties' joint stipulation requesting an extension of time for Defendants Kristi Noem, Pam Bondi, Joseph B. Edlow, and the U.S. Attorney's ("Defendants") to file their response to the complaint. (ECF No. 17.) The Defendants have until July 14, 2026, to file their motion and other filing deadlines have been similarly extended. (*Id.*) On May 21, 2026, the parties further filed a joint stipulation to reschedule the mandatory scheduling conference.

Accordingly, the SCHEDULING CONFERENCE currently set for May 28, 2026, is continued to August 5, 2026, at 9:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **May 22, 2026**                  _____

UNITED STATES MAGISTRATE JUDGE