UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP SINGH,<br><br>    Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No.  1:26-cv-01638-KES-FJS<br><br>ORDER GRANTING SADAF F. AHMED'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 2) |

Before the Court is the application of Sadaf F. Ahmed, attorney for Plaintiff Sandeep Singh for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* (ECF No. 2) is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:    **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

1