UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDEEP SINGH,

Plaintiff,

v.

KRISTI NOEM, et al.,

Defendants.

Case No. 1:26-cv-01638-KES-FJS

ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR THIRD EXTENSION OF TIME AND CONTINUING SCHEDULING CONFERENCE

(ECF No. 23)

On September 14, 2026, Defendants Kirsti Noem, Pam Bondi, Joseph B. Edlow, and the U.S. Attorney's ("Defendants") and Plaintiff Sandeep Singh stipulated for a third extension of time for Defendants to respond to the complaint. (ECF No. 23.) Defendants state that if the extension is granted the U.S. Citizenship and Immigration Services may be able to render a decision on Plaintiff's application for permanent residence, rendering this matter moot. (ECF No. 23 at 1.) The agency has taken action on Plaintiff's application but further time is required. (ECF No. 23 at 1.)

The court, after considering the parties' stipulation (ECF No. 23), finds good cause for Defendants' extension of time to respond to the complaint. Accordingly, the court hereby GRANTS the parties' joint stipulation (ECF No. 23) and ORDERS as follows:

1. The new date for the Defendants to file an answer or other dispositive pleading is December 14, 2026;
2. The scheduling conference currently set for October 7, 2026, is CONTINUED to January 6, 2027, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;
3. The parties shall file their joint scheduling report seven (7) days before the rescheduled conference; and
4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 15, 2026**

UNITED STATES MAGISTRATE JUDGE